No. 309.  ALBERTA J. SHARPE ET AL., PETITIONERS, *v.* EDWARD W. RANNELS.  October 28, 1907.  Petition for a writ of certiorari to the United States Circuit Court of Ap-

peals for the Eighth Circuit denied. *Mr. W. H. H. Miller, Mr. John B. Jones, Mr. Augustin Boice, Mr. U. M. Rose, Mr. G. B. Rose, Mr. W. E. Hemingway* and *Mr. Herbert R. Marlatt* for petitioners. *Mr. C. C. Calhoun* for respondent.